**STIP**
STEVEN W. MYHRE
Acting United States Attorney
LISA C. CARTIER GIROUX
Assistant United States Attorney
Nevada Bar Number 14040
501 Las Vegas Boulevard South
Suite 1100
Las Vegas, Nevada 89101
(702) 388-6336 / Fax: (702) 388-6418
Lisa.Cartier-Giroux@usdoj.gov

Attorney for the United States

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 2:17-mj-00748-VCF |
| | ) | |
| Plaintiff, | ) | **STIPULATION TO CONTINUE** |
| | ) | **PRELIMINARY HEARING** |
| RANDY JEROUSEK | ) | |
| | ) | **(Third Request)** |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

　　　IT IS HEREBY STIPULATED and AGREED by and between the United States of America, by and through LISA C. CARTIER GIROUX, Assistant United States Attorney, and Defendant RANDY JEROUSEK, by and through his counsel DANIEL HALL, ESQ., that the preliminary hearing currently set for December 11, 2017 at 4:00 p.m., be vacated and set to a date and time convenient to this court, but no event earlier than ninety (90) days.

　　　This Stipulation is entered into for the following reasons:

　　　1.　The parties wish to have sufficient time to negotiate a possible resolution to this matter pre-indictment.

-1-

2. Discovery is being tendered to the defendant, and the defendant and defense counsel will need adequate time to review what is provided.

3. The defendant is incarcerated and does not object to the continuance.

4. This is the first stipulation to continue filed herein.

Dated this 8th day of December, 2017.

/s/ Lisa C. Cartier Giroux           /s/ Daniel Hall
LISA CARTIER GIROUX                  DANIEL HALL, ESQ.
*Assistant United States Attorney*   *Attorney for Randy Jerousek*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 2:17-mj-00748-VCF |
| | ) | |
| Plaintiff, | ) | **ORDER** |
| | ) | |
| RANDY JEROUSEK | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

**ORDER**

**IT IS HEREBY ORDERED** that the preliminary hearing currently scheduled for December 11, 2017 at 4:00 p.m., be vacated and continued to March 12, 2018 at the hour of 4:00 PM.

Dated this 8th day of December, 2017.

_____
UNITED STATES MAGISTRATE JUDGE